IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | ) |
| *Plaintiff*, | ) |
| | ) Civil Action No. 1:20-cv-00555 |
| v. | ) |
| THREESIXTY BRANDS GROUP, LLC | ) JURY TRIAL DEMANDED |
| *Defendant*. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant ThreeSixty Brands Group, LLC in the within action WITHOUT PREJUDICE. ThreeSixty Brands Group, LLC has not served an answer or a motion for summary judgment.

Dated: *May 11*, 2020

Respectfully submitted,

CHONG LAW FIRM PA

*/s/   Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com